| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transfer Court)* 7:10-M-1193-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 10-10134 |

| NAME OF OFFENDER | DISTRICT | DIVISION |
|---|---|---|
| Megan Nicole Wilson | EASTERN NORTH CAROLINA | SOUTHERN |
| | NAME OF SENTENCING JUDGE Robert B. Jones, Jr. | |
| | DATES OF SUPERVISION → | FROM 12/09/2010 — TO 12/08/2011 |

**OFFENSE**
18 USC § 113   Simple Assault

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Central District of Illinois upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

December 22, 2010
Date

_____
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

12-28-10
Effective date

_____
United States District Judge

FILED DEC 28 2010 PAMELA E. ROBINSON, CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

FILED JAN - 5 2011 DENNIS P. IAVARONE, CLERK US DISTRICT COURT, EDNC BY ____ DEP CLK